IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LITEPANELS, LTD., | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:22-CV-00380-JRG |
| | § |
| LUPO, S.R.L., | § |
| | § |
| *Defendant*. | § |

## ORDER

Before the Court is Plaintiff Litepanels, Ltd.'s ("Plaintiff") Notice of Dismissal with Prejudice (the "Notice") pursuant to Rule 41(a)(1)(A)(i). (Dkt. No. 8.) In the Notice, Plaintiff dismisses the above-captioned action against Defendant Lupo, S.r.l. ("Defendant") with prejudice. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Feb 6, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE